**No. 43164.**—Protests 990057–G, etc., of Henri Bendel, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers the same as those passed upon in *Rice* v. *United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43165.**—Protest 979682–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of council and on the authority of Abstract 38680 the needle threaders in question were held dutiable at 40 percent under paragraph 339 as claimed.

**No. 43166.**—Protest 898331–G of M. Pressner & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43167.**—Protest 12111–K of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of paperweights similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 43168.**—Protests 825860–G, etc., of Greenberg & Josefsberg et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) certain of the paperweights in question were held dutiable at 40 percent under paragraph 339. Paperweights plated with silver were held dutiable at 50 percent under the same paragraph.

**No. 43169.**—Protest 12123–K of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of hair hygrometers similar to those the subject of Abstract 42039. The claim at 27½ percent under paragraph 372 was therefore sustained.